AO 245D (Rev. 11/16) Amended Judgment in a Criminal Case for Revocations/Modifications

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
v.
**WILLIAM CHANDLER**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: CR 04-4102-1-LTS
USM Number: 02940-029

**Jared Robert Weber**
Defendant's Attorney

☐ **Revocation** of Probation
☐ **Revocation** of Supervised Release
☐ **Modification** of Supervision Conditions
■ **Amendment** of Revocation

Date of Most Recent Judgment: August 5, 2019
Reason for Amendment:
Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

## THE DEFENDANT:

■ admitted guilt to violation(s) **as listed below** of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of a Controlled Substance | June 23, 2019 |
| 2 | Communicate/Interact with Person Engaged in Criminal Activity | June 19, 2019 |
| 3 | Possession of a Controlled Substance | June 23, 2019 |
| 4 | Failure to Particpate in Substance Abuse Testing | June 24, 2019 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).
☐ The Court did not make a finding regarding violation(s) _____

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**Leonard T. Strand**
**Chief United States District Court Judge**
Name and Title of Judge

Signature of Judge

**August 5, 2019**
Date of Imposition of Judgment

Date: 8/6/19

DEFENDANT: **WILLIAM CHANDLER**
CASE NUMBER: **CR 04-4102-1-LTS**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **5 months.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to the FPC Yankton Facility, the FPC Duluth Facility or a Bureau of Prisons facility as close to the defendant's family, as possible, commensurate with your security and custody classification needs.**

☐ The defendant is remanded to the custody of the United States Marshal.

■ The defendant must surrender to the United States Marshal for this district:

on **August 19, 2019**

■ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at a date and location

☐ as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **WILLIAM CHANDLER**
CASE NUMBER: **CR 04-4102-1-LTS**

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.